# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rushing, Allison J. | U.S. Court of Appeals for the Fourth Circuit | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

100 Otis Street
Suite 110
Asheville, NC 28801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Williams & Connolly defined benefit plan - the law firm ceased making contributions to the plan after my separation in 2019 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ████████████████, wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushing, Allison J. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushing, Allison J.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Navy Federal Credit Union cash accounts | B | Interest | M | T | | | | | |
| 2. | Investment Account (H) | | | | | | | | | |
| 3. | -IShares IBoxx Investment Corporate Bond | A | Dividend | | | Sold | 03/13/20 | J | | |
| 4. | -Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 5. | -Bank Baroda New York NY 09/14/2020 | A | Interest | | | Redeemed | 09/14/20 | K | A | |
| 6. | -IShares MSCI Emerging Market ETF | | None | | | Sold | 03/13/20 | K | | |
| 7. | -Vanguard REIT Index Admiral | A | Dividend | J | T | | | | | |
| 8. | -Vanguard Mid-Cap ETF Index | B | Dividend | L | T | | | | | |
| 9. | -Vanguard FTSE Europe ETF | | None | | | Sold | 03/13/20 | K | | |
| 10. | -IShares Inc MSCI Japan ETF | | None | | | Sold | 03/13/20 | K | | |
| 11. | -IShares Core U.S. Aggregate | A | Dividend | | | Sold | 03/13/20 | K | A | |
| 12. | -IShares Global 100 ETF | B | Dividend | L | T | Sold<br>(part) | 03/13/20 | J | | |
| 13. | | | | | | Sold<br>(part) | 09/16/20 | K | C | |
| 14. | -Morgan Stanley Buffered Plus on Sx5E | | None | | | Redeemed | 10/05/20 | K | A | |
| 15. | -IShares MSCI EAFE ETF | | None | | | Sold | 03/13/20 | L | | |
| 16. | -Pioneer Mlt Asset Ultra-short Inc Y | A | Dividend | K | T | | | | | |
| 17. | -Vanguard 500 Index Admiral | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushing, Allison J.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -SPDR S&P 500 ETF | C | Dividend | M | T | Sold<br>(part) | 03/13/20 | J | A | |
| 19. | | | | | Sold<br>(part) | 09/16/20 | K | D | |
| 20. | | | | | Sold<br>(part) | 12/23/20 | L | E | |
| 21.   -Ishares S&P 500 Val ETF | | None | | | Sold | 03/13/20 | L | | |
| 22.   -JP Morgan Ultra-Short Inc ETF | A | Dividend | | | Sold | 03/13/20 | J | | |
| 23.   -Oakmark Equity & Income Adv | B | Dividend | K | T | | | | | |
| 24.   -Neuberger Berman EQ Inc Ins | A | Dividend | J | T | | | | | |
| 25.   -PGIM Total Return Bond Z | A | Dividend | | | Sold | 03/13/20 | L | | |
| 26.   -Thornburg Inv Inc Builder I | A | Dividend | J | T | Sold<br>(part) | 09/16/20 | K | | |
| 27.   -State Bank Ind New York NY CD 06/11/20 | A | Interest | | | Redeemed | 06/11/20 | K | A | |
| 28.   -Valley National Bank CD Passaic NJ<br>03/05/20 | A | Interest | | | Redeemed | 03/05/20 | K | A | |
| 29.   -AB Sel US Long/Short ADV | B | Dividend | L | T | Buy | 10/06/20 | K | | |
| 30.   -ACAP Strategic Interval Common | C | Dividend | L | T | Buy | 09/30/20 | L | | |
| 31.   -American Funds 529 College 2036 A | B | Dividend | K | T | Buy | 01/13/20 | K | | |
| 32. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 33.   -American Funds 529 College 2036 C | A | Dividend | K | T | Buy | 09/22/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushing, Allison J.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 37.   -Calamos Market Neutral Inc I | A | Dividend | L | T | Buy | 10/06/20 | K | | |
| 38.   -Delaware Value Institutional | B | Dividend | L | T | Buy | 03/13/20 | L | | |
| 39.   -Guggenheim Total Return Bond Fund I | B | Dividend | K | T | Buy | 10/06/20 | K | | |
| 40.   -Invesco Developing Mkts Y | A | Dividend | L | T | Buy | 03/13/20 | K | | |
| 41.   -Lord Abbett Short Duration Inc F | A | Dividend | L | T | Buy | 10/06/20 | L | | |
| 42.   -Metropolitan West Total Return Bond I | B | Dividend | K | T | Buy | 10/06/20 | K | | |
| 43.   -Oakmark International Advisors | A | Dividend | L | T | Buy | 03/13/20 | L | | |
| 44.   -Pimco Total Return 12 | A | Dividend | K | T | Buy | 12/23/20 | K | | |
| 45.   -Principal Blue Chip I | B | Dividend | L | T | Buy | 03/13/20 | K | | |
| 46.   -T Rowe Price Japan Fund | A | Dividend | K | T | Buy | 03/13/20 | K | | |
| 47.   -Vanguard FTSE Developed Mkts E | B | Dividend | L | T | Buy | 03/13/20 | L | | |
| 48.   -Vanguard Growth ETF | A | Dividend | L | T | Buy | 03/13/20 | K | | |
| 49.   -Virtus Kar Small Mid Cap Core I | | None | K | T | Buy | 12/23/20 | K | | |
| 50.   [redacted] Fidelity AF Target<br>Date 2055 R6 Fund | D | Dividend | M | T | | | | | |
| 51.   Ernst & Young Fidelity 401(k) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushing, Allison J.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 53. -TRP New Horizons I | A | Dividend | J | T | | | | | |
| 54. -Vang Cap Opps ADM | A | Dividend | J | T | | | | | |
| 55. -Vanguard Target 2015 | A | Dividend | J | T | | | | | |
| 56. -Vang Sm Val IDX Inst | A | Dividend | J | T | | | | | |
| 57. -Fid 500 Index IPR | A | Dividend | J | T | | | | | |
| 58. -AF New Perspect R6 | A | Dividend | J | T | | | | | |
| 59. -Vanguard Target 2050 | A | Dividend | J | T | | | | | |
| 60. -AF Europac Growth R6 | A | Dividend | J | T | | | | | |
| 61. -Fid Divsfd Intl Pool | A | Dividend | J | T | | | | | |
| 62. Fidelity Blue Chip Growth | | None | | | Sold | 01/15/20 | J | A | |
| 63. Fidelity NASDAQ Composite Index | | None | | | Sold | 01/15/20 | J | A | |
| 64. Fidelity OTC Portfolio Fund | | None | | | Sold | 01/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushing, Allison J.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allison J. Rushing**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544